# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-3536
_____

Raul Rafael Castaneda; Martha M. Castaneda

*Plaintiffs - Appellants*

v.

Gregory Luverne Hall; American Family Insurance;
Darwin S. Williams; Brandon Lawhead; Laura L. Sternhagen

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: June 13, 2024
Filed: June 20, 2024
[Unpublished]
_____

Before KELLY, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

Raul and Martha Castaneda appeal the district court's[1] dismissal of their pro se civil action based on lack of subject matter jurisdiction. Upon careful review, we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.